

# Fourth Court of Appeals
## San Antonio, Texas

September 11, 2020

No. 04-20-00244-CR, 04-20-00245-CR, 04-20-00246-CR, 04-20-00247-CR, 04-20-00248-CR, 04-20-00249-CR, 04-20-00250-CR, 04-20-00251-CR, 04-20-00252-CR, 04-20-00253-CR, 04-20-00254-CR, 04-20-00255-CR, 04-20-00256-CR, 04-20-00257-CR

**THE STATE OF TEXAS,**
Appellant
v.
David Daniel **ROBLES, ET AL**
Appellees

From the County Court, Kinney County, Texas
Trial Court No. 10007CR, 10164CR, 10156CR, 10165CR, 10176CR, 10182CR, 10205CR, 10209CR, 10226CR, 10231CR, 10236CR, 10237CR, 10238CR, 10239CR
Honorable Tully Shahan, Judge Presiding

# O R D E R

The clerk's records in these appeals have been filed and appellant's briefs are due September 30, 2020. On September 8, 2020, appellant filed, in each case, a motion to consolidate these appeals for the purposes of motions, orders, briefing, oral argument, decision, and opinion.

The motion is GRANTED IN PART and it is ORDERED that the appeals shall be consolidated for motions, briefing, and argument purposes only. The parties shall file motions, briefs, and other pleadings as if the appeals were one appeal, but shall include the table of cases that appears on page two of appellant's motion to consolidate, referencing all appeal and trial court cause numbers in the style of the filing.

The court will dispose of the appeals with separate judgments, opinions, and mandates except to the extent the appeals involve the same defendant.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of September, 2020.



MICHAEL A. CRUZ, Clerk of Court